| | |
|---|---|
| 1 | SHELLIE LOTT, SBN: 246202 |
| 2 | Cerney Kreuze & Lott, LLP |
| | 42 N. Sutter Street, Suite 400 |
| 3 | Stockton, California 95202 |
| | Telephone: (209) 948-9384 |
| 4 | Facsimile: (209) 948-0706 |
| 5 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| ALLEN M. QUIGLEY, | Case No.: 2:18-cv-00938-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of November 14, 2018.

   This extension (7 days) is requested because the brief writer has had some computer issues which have caused deletion of her calendar and a backlog in her briefing schedule, therefore, the writer needs additional time to file the Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: November 14, 2018 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: November 14, 2018

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

*/s/ Beatrice H. Na*
BEATRICE H. NA,
(As authorized via E-mail on 11/9/18)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| ALLEN M. QUIGLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:18-cv-00938-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

  Pursuant to the stipulation of the parties for a requested second extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

  Plaintiff shall file her Motion for Summary Judgment/Remand on or before November 14, 2018.

  SO ORDERED.

Dated: November 14, 2018

                _____
                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE